IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RICHARD PATRICK HORTON                                                          PLAINTIFF

v.                             5:14-cv-05136

TERRY RAY; SGT. CHUCK WELLS,
DEPUTY JOHN SHEPPARD, and
DEPUTY CHRISTOPHER KELLEY, et al.                                              DEFENDANTS

## REPORT AND RECOMMENDATION

Currently pending in this case is the Motion to Dismiss (Doc. 31) of Separate Defendants Sgt. Chuck Wells, Deputy John Sheppard, and Deputy Christopher Kelley, and the Motion to Dismiss Complaint as to the Defendant Terry Ray for Failure to Comply with Discovery (Doc. 33). According to the motions, the Plaintiff was provided with written notice of the defendants' intent to take his deposition. The Notice of Deposition provided that the deposition would be held on August 18, 2015, at 2:00 p.m. Despite delivery of the Notice via U.S. Mail and Federal Express, the Plaintiff failed to appear for the deposition. In accordance with Federal Rule of Civil Procedure 37(b)(2)(A)(v), the Defendants seek dismissal of this action.

On September 30, 2015, a show cause order was entered directing the Plaintiff to show cause by October 30, 2015, why this action should not be dismissed because of his failure to attend a properly noticed deposition. (Doc. 35). The Plaintiff was advised that, in responding to this order, he should also provide the discovery responses which were the subject of the August 24, 2015 order (Doc. 30) compelling discovery, and that failure to comply with the order would subject this matter to dismissal.

To date, Plaintiff has not responded to the Order to Show Cause. Accordingly, I recommend that this case be dismissed based on Plaintiff's failure to prosecute the action and his failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

AO72A
(Rev. 8/82)

**Plaintiff has fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this 9th day of November, 2015.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)