IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RICHARD PATRICK HORTON                                                                                          PLAINTIFF

v.                                            Case No. 5:14-CV-05136

TERRY RAY; SGT. CHUCK WELLS; DEPUTY
JOHN SHEPPARD; and DEPUTY CHRISTOPHER
KELLEY                                                                                                          DEFENDANTS

## O R D E R

The Court has received proposed findings and recommendations (Doc. 38) from United States Magistrate Judge Erin L. Setser. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to obey orders of the Court and failure to prosecute this action.

Judgment will be entered accordingly.

IT IS SO ORDERED this 7th day of December, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE